NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1123
(Serial No. 10/372,807)

IN RE RAYMOND R. RIVERA
and CARL D. NEUBURGER

Bryan P. Collins, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia, argued for appellants. With him on the brief was Emily T. Bell.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Robert J. McManus, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1123
(Serial No. 10/372,807)

IN RE RAYMOND R. RIVERA
and CARL D. NEUBURGER,

# Judgment

ON APPEAL from the      United States Patent and Trademark Office,
Board of Patent Appeals and Interferences

in CASE NO(S).      10/372,807

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, CLEVENGER and SCHALL, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED August 11, 2009      /s/ Jan Horbaly
Jan Horbaly, Clerk